**FILED**
JUL 03 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

1  NAME: SHANNON O. MURPHY ESQ. SR.
   Firm: dba. Counsel Legal Advisory Division; C-LAD,
2  In Pro Se. applies
   ADDRESS: P.O. Box 1756
3           Antioch, CA. 94509

4  ATTORNEY FOR: SHANNON O. MURPHY ESQ. SR. In Pro Se.
   Telephone: (831) 292-0231
5  Facsimile: (925) 267-4255
   E-Mail: Omurphyesq.sr@gmail.com
6

2:25-CV-1886-DJC-AC (PS)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON O. MURPHY ESQ. SR., Dba. Counsel Legal Advisory Division, C-LAD<br><br>Plaintiff,<br><br>vs.<br><br>KELLER / POSTMAN LLC.<br><br>Defendant(s). | CASE NO:<br><br>**COMPLAINT**<br>**DEMAND FOR JURY TRIAL**<br><br>Judge:<br>Dept: |

HERE COMES NOW THIS COURT CASE PLAINTIFF, MR. SHANNON O. MURPHY ESQ. SR. AND ACCORDS HE, BY HIS JURISDICTION dba. COUNSEL LEGAL ADVISORY DIVISION; C-LAD. APPROPRIATE CONCERNS HE BY ALL THIS FOREGOING MATTERS, HIS IS APPLIED IN PRO SE.

SUBJECT MATTER HERE CONCERNS DETAIL CAUSE OF ACTION: 1) TORT - NEGLIGENCE,
2) BREACH OF CONTRACT
3) DISCRIMINATION
4) HARASSMENT
5) ASSAULT
6) INJURY

**JURISDICTION: UNLIMITED CIVIL**, and since here case plaintiff asks award exceed $79,000

**VENUE:** Here court is appropriate, and proper since the case defendant, is doing business within the confine state jurisdiction of California, and case plaintiff, prefers Eastern District, since other reply court, the Northern District of California fails proper fair due-process, law.

DATE: 02/23/2025      SIGN: _____
                     Court Case Plaintiff - In Pro Se.

1

CASE NAME: MURPHY vs. KELLER / POSTMAN LLC.          CASE NO:_____.

**Causes of Action Detail By Event Brief:**

1) TORT NEGLIGENCE: Defendant's did detour fair response to here case plaintiff, after he, the plaintiff Murphy, did inform agent at Keller / Postman by telephone that he would require consult with relevant Keller / Postman, attorney, agent, after the allowed 6 months to claim filed as of 01/05/2024 by defendant, yet 06/27/2024, Keller / Postman agent, by e-mail sends at HIPPA form, Medical Information Release Form, type jurisdiction, again, unnecessary.

2) BREACH OF CONTRACT: Defendant jurisdiction, did breach relative contract occur, and as theirs attentions to detail commit by contract to remedy injury malfunction, I did send request a claim to injury, since injury occur me apply by theirs the defendant's negligence, cause, compel me, case plaintiff to injury, yet at policy, defendant's failed make timely provision, reasonable time, inform to assure plaintiff such requested claim form to injury, available.

3) DISCRIMINATION: Defendants, Keller / Postman, agents have discriminated against plaintiff, since defendant, agents fail a fair provision, attentions liability to injury, alledged caused by theirs resource, agent(s), timely associate it did occur, the injury to plaintiff Murphy, 06/27/2024; Defendant did send unfair e-mail information to regards HIPPA Law, at unnecessary jurisdiction, to plaintiff.

4) HARASSMENT: Defendant, their agent(s), did in fact commit acts add at continuous, to illness, and of negligence reply theirs by at of e-mails sent to me by them, 06/27/2024; Defendant, attorney agent did respond send e-mail, me, plaintiff, theirs injured, customer, client, apply attempt good excuse about reason for injury caused by defendant Keller / Postman, yet still, there, then e-mail failed proper response, wherefore injury did in fact occur by still remains negligence by act defendant; There, then, and by e-mail there was no reasonable measure action, to claim, form requested by theirs customer, client, he Mr. Murphy did explain to injury.

5) ASSAULT: plaintiff suffer panic attacks, upset VA diagnosed Bipolar 1 disorder, his, that did to compel use doctor's prescribed medication, "Albuterol", regards add detour event, that of defendant ignore theirs injured customer, client, inform to they cause injury; Plaintiff has right to file lawsuit against Keller / Postman, since they failed proper of jurisdiction, accommodate injury allege cause by them, defendant Keller / Postman.

6) INJURY: Defendant's, attorney agent(s), did infact, cause plaintiff relevant injury, include Mr. Shannon Murphy Sr., suffer relative occur panic-attack, upset Bipolar disorder. Mr. Murphy, the here case plaintiff, was compel an aggravated, at VA diagnosed to injury, Bipolar 1 disorder, and respective this "covert assault", that when he maintain, facet coordinate injury, he sustained by when he was active customer, client, assign to defendant, for regards an attorney jurisdiction attends Camp Lejeune injury, claim, compel subsequent events, and that of explained, describe above cause even death.

END///

1  CASE NAME: MURPHY vs. KELLER / POSTMAN LLC.            CASE NO:_____.

**Prescription For Award By Of Complaint:**

HERE AND NOW DOES THIS U.S. DISTRICT COURT CASE PLAINTIFF APPLY FAIR, JUST, PRESCRIPTION FOR AWARD, IN ORDER COMPLETELY RESOLVE FOR DISPOSITION(S), THAT TO SECURE ALL RELATIVE MATTER FOR SUGGESTS THIS, TO COMPLAINT VALID.

Here for plaintiff Shannon O. Murphy Sr., at administer jurisdiction, plaintiff, U.S. District Court, I, myself as the attorney, plaintiff, in pro se., does now present this prescription to of award...

1) I do ask for award, monetary, declarative, state for punitive subject, that matter associate injury, and relative, especially at continue professional business loss; I ask nominal amount monetary, $350,000.00 for to comply all, and necessary regards mine occur injury(s) physical, emotional, psychological, and that maintain for chronic anxiety, nervous, and that VA diagnosed relative, Bipolar 1 disorder, cause to, and by panic-attack(s), derive accords from, by case defendants, there at reply relevant jurisdiction, add tort claims agent(s), theirs unfair, even to hostile actions, applies to the unfair, and unlawful claims process operations perform by theirs, Keller / Postman, time, place respective, that they case defendant, did commit crime, faults to add criminal event, includes theirs part conspiracy, sabatoge Sheetmatal & Assoc. professional at legal business; Plaintiff's dba. name, Counsel Legal Advisory Division; C-LAD, was hinder fair recovery, since case defendant(s) agent(s), Keller / Postman, malfunction, compel to continue detour business.

2) I ask this above mentioned amount, and that to relevant described for, at of $350,000.00 for to allow fair restitution, compensation, and that to for payments at regards medical observations, include that for relative treatments, therapy(s), and prescribed medications associate to injury, crucial effect, and that could have then, and even now, to future, affects, cause event to death. Plaintiff is in fact a veteran California guardsman, and because of a flagrant disregard employee relative jurisdiction, concerns defendant ignore plaintiff informed defendant, plaintiff filed lawsuit.

3) I ask for all, associate laws govern to lawsuit capable be filed act against pro-business entities, theirs to attorney jurisdiction, Keller / Postman did there, then, 06/27/2024, and 07/10/2024, at there, theirs should have comply an honorable jurisdiction, but did still, defendant, fail respect, and allow theirs concerns to liable, jurisdiction for injury occur, and continue harass theirs client, customer, Mr. Shannon O. Murphy Esq. Sr., for period exceed reasonable time, continue unfair. I do sincerely ask all this of at foregoing mentions, and all other this U.S. court judge, deems fit.

END///

3

```
MEDICAL RECORD                                          Progress Notes
```

NOTE DATED: 10/28/2015 08:10
LOCAL TITLE: PSYCHIATRY: DISCHARGE INSTRUCTIONS
STANDARD TITLE: PSYCHIATRY DISCHARGE NOTE
ADMITTED: 10/21/2015 06:50 3DE PSYCH
Please check ALL applicable and ALL required items. Only checked items
will appear in final document given to patient.

PHYSICIAN: PLEASE ADD DISCHARGE MEDICATIONS BEFORE STARTING TEMPLATE
          YOU CAN EDIT THIS TEMPLATE AFTER CLOSING

Please print this Discharge Summary to the large font printer - PS:3D121p2

DISCHARGE INSTRUCTIONS:

1. Date of Admission: OCT 21,2015 06:50

2. Type of Discharge: Regular

3. You came to the hospital because You were brought by secret service
   agents. You were trying to reach President "I need to talk to the
   president about my 13 teeth pulled out in military".

4. Diagnosis: Bipolar I disorder manic episode with Psychotic features

5. While you were in the hospital: You were provided with mood stabilizer
   Depakote that you took for two days and later refused to take, stating
   you don't think you need it. Later you were prescribed Risperidone, but you did
   not take that medication.

6. Symptoms or health problems to look out for after you leave the
   hospital: Thoughts of harming yourself or anyone else.

7. Appointments: Your appointment is on Monday 11/2/15 at 09:00 AM with DR. John
Kelly at Martinez VA in California

   Lab Appointment: none

   Telephone Appointment: You have a telephone appointment with your
     primary doctor. They will call you at home to see how you are doing.

8. Contact Information: What is the best phone number that we can use to
   reach you after your discharge? 510-541-6413
9. MEDICATIONS:
*********************************************************************
STOP TAKING THESE MEDICATIONS:
*********************************************************************
NEW MEDICATIONS:
*********************************************************************
MEDICATION DOSE CHANGES:
*********************************************************************
MEDICATIONS UPON DISCHARGE:

SIMETHICONE 80MG CHEW TAB
CHEW ONE TABLET BY MOUTH TWICE A DAY AS NEEDED FOR FLATULENCE GAS

   NON-VA MEDS - NONE FOUND


MEDICATION RECONCILIATION:
   Medication reconciliation has been done and discussed with the patient
and/or patient representative.
   Patient/patient representative has verbalized understanding of
medication reconciliation.

   Compared newly ordered medications and medication changes to active
medications and non-VA medications, and then reviewed medications with
the patient/patient representative.
10. PATIENT INFORMATION SOURCES IF QUESTIONS ARISE:
    For appointment or cancellations, call:
    1-877-DCVAMC1 (877-328-2621) or 202-745-8577.
              ** THIS NOTE CONTINUED ON NEXT PAGE **
----------------------------------------------------------------------
MURPHY,SHANNON OCTAVIOUS            WASHINGTON        Printed:10/28/2015 08:57
XXXXXX-1136 XXXXXXX@XXX Pt Loc: 3DE PSYCH 3D111-B                Vice SF 509
lere above was altered by relevant veteran,

oordinate valid @private info...xxx@@@                  - 4 -